

Opinions of the United
States Court of Appeals
for the Third Circuit

6-30-1995

# United States v Edmonds

Precedential or Non-Precedential:

Docket 93-1890

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation
"United States v Edmonds" (1995). *1995 Decisions.* Paper 104.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/104

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

NO. 93-1890

_____

UNITED STATES OF AMERICA

v.

THEODORE EDMONDS,

Appellant

_____

Present:  SLOVITER, Chief Judge, BECKER, STAPLETON, MANSMANN, GREENBERG, HUTCHINSON, SCIRICA, COWEN, NYGAARD, ALITO, ROTH, LEWIS, McKEE, SAROKIN, and GARTH[298], Circuit Judges.

_____

O R D E R

A majority of the active judges having voted for rehearing in banc in the above appeal, it is

O R D E R E D  that the Clerk of this Court vacate the panel's opinion and judgment entered April 18, 1995 insofar as it relates to No. 93-1890 and list the above case for rehearing in banc at the convenience of the court.

By the Court,

\s\ Dolores K. Sloviter
Chief Judge

Dated:  June 29, 1995
_____
[298]as to panel rehearing only.